**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

*Counsel for Plaintiff Chris Arico*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRIS ARICO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHURCHILL CAPITAL CORPORATION IV, ATIEVA, INC. d/b/a LUCID MOTORS, MICHAEL KLEIN, JAY FARAGIN, and PETER RAWLINSON,<br><br>Defendants. | No.: 3:21-cv-12355-ZNQ-LHG<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br><u>CLASS ACTION</u> |

1

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 41(a), Plaintiff Chris Arico ("Plaintiff") hereby voluntarily dismisses, without prejudice, the above-captioned action against all defendants. No defendant has filed an answer or moved for summary judgment. No Class has yet been certified. Neither Plaintiff nor his attorneys have received or will receive any consideration for this dismissal.

Plaintiff is also aware of the first-filed substantially similar securities class action filed on April 18, 2021 in the United States District Court for the Northern District of Alabama, *Phillips v. Churchill Capital Corporation IV, et al.*, No. 1:21-cv-00539 (the "*Phillips* Action"). Each of the lead plaintiff movants in this action filed substantially similar motions for appointment as lead plaintiff and approval of selection of lead counsel in this action and the *Phillips* Action. *See Phillips* Action, Dkt. Nos. 30, 31, 33; *see also Phillips* Action Dkt. Nos. 25, 34 (additional lead plaintiff movants filed substantially similar motions only in the *Phillips* Action).

As such, Plaintiff's, the lead plaintiff movants', and the putative class' interests are and will be represented.

| | |
|---|---|
| Dated: September 15, 2021 | Respectfully submitted, |
| | **THE ROSEN LAW FIRM, P.A.** |
| | /s/ Laurence M. Rosen |
| | Laurence M. Rosen, Esq. |
| | One Gateway Center, Suite 2600 |
| | Newark, NJ 07102 |
| | Telephone: (973) 313-1887 |
| | Fax: (973) 833-0399 |
| | lrosen@rosenlegal.com |
| | *Counsel for Plaintiff Chris Arico* |

SO ORDERED:
s/Zahid N. Quraishi, U.S.D.J.
Dated: 9/16/2021

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 15th day of September 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.


                                            /s/ Laurence M. Rosen